## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| JOHN A. OLAGUES, | CASE NO. 17cv2217-LAB (JMA) |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| GREGORY GARRABRANTS, et al., | |
| Defendants. | |

The Court ordered John Olagues to show cause why this action shouldn't be dismissed for failure to serve by March 2, 2018. Fed. R. Civ. P. 4(m). That date has come and gone. Since Olagues hasn't filed anything, this action is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: March 21, 2018

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge